CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
8/3/18
JULIA C. DUDLEY, CLERK
BY: s/ SUSAN MOODY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ASHLEY SCHWEINHART, )
 )
   Plaintiff, ) Civil Action No. 3:18CV00002
 )
v. )
 )  **ORDER OF DISMISSAL**
VALLEY CREDIT SERVICE, INC., )
 )
   Defendant. ) By: Hon. Glen E. Conrad
 ) Senior United States District Judge

The court has before it the parties' joint stipulation of dismissal in this case filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, each party to bear its own costs and attorneys' fees, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 3rd day of August, 2018.

_____
Senior United States District Judge